DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINICK CASALE,** individually and as manager of LD Deerfield, LLC,
a Florida limited liability company,
Appellant,

v.

**LAWRENCE SAKS, JEFFEREY SAKS,** individually and derivatively on
behalf of LD Deerfield, LLC, **DOMINQUE CASALE,** individually and as
manager of LD Deerfield, LLC, **ANTHONY CRUPI,** and **ASSURE
AMERICA TITLE COMPANY,**
Appellees.

No. 4D2022-1283

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; John B. Bowman, Judge; L.T. Case No. CACE-19-
017315.

Michael L. Feinstein of Michael L. Feinstein, P.A., Fort Lauderdale, for
appellant.

Jeffrey B. Shalek of Jeffrey B. Shalek, Esq., P.A., Fort Lauderdale, for
appellee Lawrence Saks.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***